IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Madison at Hamlin Plantation Townhome Association, Inc. and Timothy J. Rollins, individually, and on behalf of other similarly situated,<br><br>     Plaintiffs,<br><br> v.<br><br>JW Homes, LLC; Residential Partners, LLC; Wheelock Street Capital, LLC; John Wieland, individually; Sue Wieland; Jack Wieland; Lindsey Parker; Robert Parker; JWC Phoenix, LLC; WS JWH, LLC; JW Land Investment, LLC; Middlesex Partners, LLC; Wheelock Street Investment Management, LLC; Wheelock Real Estate Land Fund, LP; and JWC Guilford, LLC,<br><br>     Defendants. | C/A NO.: 2:15-cv-04120-DCN<br><br><br><br>**ORDER OF DISMISSAL** |

The court having been advised by counsel for the parties that the above action has been settled,

**IT IS ORDERED** that this action is hereby dismissed without costs and without prejudice. If settlement is not consummated within sixty (60) days, either party may petition the Court to reopen this action and restore it to the calendar. Rule 60(b)(6), Fed. R. Civ. P. In the alternative, to the extent permitted by law, either party may within sixty (60) days petition the Court to enforce the settlement. *Fairfax Countywide Citizens v. Fairfax County*, 571 F.2d 1299 (4th Cir. 1978).

**AND IT IS SO ORDERED.**

                         _____
                         David C. Norton
                         UNITED STATES DISTRICT JUDGE

May 1, 2018
Charleston, South Carolina

1