IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Madison at Hamlin Plantation Townhome Association, Inc. and Timothy J. Rollins, individually, and on behalf of other similarly situated,<br><br>   Plaintiffs,<br><br>   v.<br><br>JW Homes, LLC; Residential Partners, LLC; Wheelock Street Capital, LLC; John Wieland, individually; Sue Wieland; Jack Wieland; Lindsey Parker; Robert Parker; JWC Phoenix, LLC; WS JWH, LLC; JW Land Investment, LLC; Middlesex Partners, LLC; Wheelock Street Investment Management, LLC; Wheelock Real Estate Land Fund, LP; and JWC Guilford, LLC,<br><br>   Defendants. | C/A NO.: 2:15-cv-04120-DCN<br><br><br><br><br><br>**STIPULATION OF DISMISSAL** |

Plaintiffs, Madison at Hamlin Plantation Townhome Association, Inc. and Timothy J. Rollins, individually, and on behalf of other similarly situated, by and through their undersigned attorney, hereby stipulates that the settlement in the above-referenced matter has been consummated, pursuant to the Order of July 31, 2018 entered in Case No. 2013-CP-10-5559 in the Charleston County Court of Common Pleas, and that Plaintiffs' claims against Defendants should be dismissed with prejudice, pursuant to Local Civil Rule 17.02 and Federal Rule of Civil Procedure Rule 41.

Respectfully submitted this 3rd day of August, 2018.


[SIGNATURE BLOCK ON NEXT PAGE]

1

**WE SO STIPULATE:**

| | |
|---|---|
| JUSTIN O'TOOLE LUCEY, P.A.<br><br>/s/ Justin O'Toole Lucey<br>Justin O'Toole Lucey, Esq. (Fed. ID 5613)<br>Joshua F. Evans, Esq. (Fed. ID 10481)<br>415 Mill Street<br>Mt. Pleasant, SC 29464<br>(843) 849-8400<br>jlucey@lucey-law.com<br>jevans@lucey-law.com<br>**Attorneys for Plaintiffs**<br><br>NEXSEN PRUET, LLC<br>/s/ Marvin D. Infinger<br>Marvin D. Infinger (Fed. ID 4589)<br>Cheryl D. Shoun, Esq. (Fed. ID 4761)<br>205 King Street, Suite 400<br>Charleston, SC 29401<br>(843) 577-9440<br>minfinger@nexsenpruet.com<br>cshoun@nexsenpruet.com<br>**Attorneys for Defendants JW Homes, LLC; Residential Partners, LLC; and JW Land Investment, LLC**<br><br>WALKER GRESSETTE FREEMAN & LINTON, LLC<br>/s/ Ian W. Freeman<br>Ian W. Freeman, Esq. (Fed. ID 9416)<br>John P. Linton, Jr., Esq. (Fed. ID 11089)<br>G. Trenholm Walker, Esq. (Fed. ID 4487)<br>P.O. Box 22167<br>Charleston, SC 29413<br>(843) 727-2200<br>freeman@wgfllaw.com<br>linton@wgfllaw.com<br>walker@wgfllaw.com<br>**Attorneys for Defendant John Wieland; Sue Wieland; Jack Wieland; Lindsey Parker; Robert Parker; JWC Phoenix, LLC; Middlesex Partners, LLC; and JWC Guilford, LLC** | DUFFY & YOUNG, LLC<br>/s/ Brian C. Duffy<br>Brian C. Duffy, Esq. (Fed. ID 9491)<br>Stephen J. Bell, Esq. (Fed. ID 12074)<br>96 Broad Street<br>Charleston, SC 29401<br>(843) 720-2044<br>bduffy@duffyandyoung.com<br>sbell@duffyandyoung.com<br><br>GOODWIN PROCTER, LLP<br>Mark E. Tully, Esq. (Admitted *Pro Hac Vice*)<br>53 State Street, Exchange Place<br>Boston, MA 02109<br>(617) 570-1289<br>mtully@goodwinprocter.com<br><br>Tiffiney F. Carney, Esq. (Admitted *Pro Hac Vice*)<br>901 New York Ave., NW<br>Washington, DC 20001<br>(202) 346-4195<br>tcarney@goodwinprocter.com<br>**Attorneys for Wheelock Street Capital, LLC; Wheelock Street Investment Management, LLC; WS JWH, LLC; and Wheelock Street Real Estate Fund, LP** |

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2018, I caused the foregoing document to be electronically filed with the Clerk of Court using CM/ECF, which will provide electronic notice of such filing to all counsel of record.

/s/ Justin O'Toole Lucey
Justin O'Toole Lucey